**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 9, 2010
JOHN LEY
CLERK

No. 08-15444

(D.C. Docket No. 04-00151-CV-WLS)

WARREN LEE HILL, JR.,

Petitioner-Appellant,

versus

DERRICK SCHOFIELD,

Respondent-Appellee.

--------------------------
On Appeal from the United States District Court for the
Middle District of Georgia
--------------------------

(Opinion June 18, 2010, 608 F.3d 1272, 11th Cir. 2010)

(November 9, 2010)

Before DUBINA, Chief Judge, TJOFLAT, EDMONDSON, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR, and MARTIN, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.